5:24-CV-140

DELIVERED: 1/17/24
By: GC PRIVATE PROCESS

**Case Number: 2024CI00172**

Gabriel Buentello VS John Doe ET AL
(Note: Attached Document May Contain Additional Litigants)

IN THE **288TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To: **Amazon.com Services LLC**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICES COMPANY DBA CSC LAWYERS INC**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition** was filed **on this the 4th day of January, 2024.**
ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 8th day of January, 2024.**

**TYLER WILSON**
**ATTORNEY FOR PLAINTIFF**
**440 LOUISIANA ST STE 1400**
**HOUSTON, TX 77002**

DISTRICT COURT OF BEXAR COUNTY, TEXAS

**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Wilna Williams**
**Wilna Williams, Deputy**

---

**GABRIEL BUENTELLO VS JOHN DOE ET AL**

**Case Number: 2024CI00172**
**288th District Court**

## Officer's Return

I received this CITATION on the ______ day of _________, 20_______ at ________ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION** the date of delivery endorsed on it to the defendant ______________________________ in person on the _______ day of ____________, 20____ at __________ o'clock _____ M.

at ______________________________ City______________________ State_______ Zip___________

or ( ) not executed because ______________________________.

Fees: ___________________ Badge/PPS #: _______________ Date certification expires: ____________________

______________________________ County, Texas

BY:______________________________

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS ______________________________

______________________________
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is ______________________________, my date of birth is ______________________________, and my address is ______________________________ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in ______________________________ County, State of Texas, on the ___________ day of ___________________, A.D., __________.

______________________________
**Declarant**

EXHIBIT A

CTM: 1/17/24 @ 11AM

FILED
1/4/2024 10:50 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Victoria Angeles
Bexar County - 288th District Court

5:24-CV-140
cit pps sac 3

CAUSE NO. 2024CI00172

| | | |
|---|---|---|
| **GABRIEL BUENTELLO** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| **JOHN DOE AND AMAZON.COM SERVICES, LLC** | § | |
| | § | |
| *Defendants,* | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiff Gabriel Buentello, (hereinafter, "Plaintiff"), complains of Defendants John Doe and Amazon.com Services LLC., (hereinafter, "Defendant Doe" and "Defendant Amazon" respectively), and would respectfully show the Court that:

### Discovery Control Plan

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Bexar County, Texas.

### Statement Regarding Monetary Relief Sought

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, excluding interest, statutory or punitive damages

EXHIBIT A

and penalties, and attorney's fees and costs to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

**Parties**

4. Plaintiff Gabriel Buentello is an individual residing in Bexar County, Texas.

5. Defendant John Doe is the individual that was operating the vehicle owned by Defendant Amazon.com Services LLC at the time of the incident made the basis of this complaint. Defendant is believed to be a resident of Bexar County, Texas.

6. Defendant Amazon.com Services LLC (hereinafter "Amazon") is a foreign entity doing business in Bexar County, Texas. Defendant may be served with process by delivering a copy of the citation and petition to its registered agent, Corporation Services Company d/b/a CSC Lawyers INC at 211 E. 7th St. Suite 620 Austin, TX 78701.

**Facts**

7. This lawsuit is necessary as a result of personal injuries Plaintiff suffered on or about November 27, 2023. At that time, Plaintiff was travelling northbound on 1604 near Stillhouse Hollow, which is 1.5 miles away from the SAT4 Amazon Fulfillment Center, when Defendant Doe, a driver employed by Defendant Amazon, negligently veered into Plaintiff's lane, ultimately colliding with Plaintiff's vehicle head on. After such collision, Defendant Doe fled the scene. Although Defendant Doe's identity cannot be confirmed at this time, multiple witnesses told Plaintiff that Defendant Doe was driving an Amazon vehicle. As a result of Defendant's negligence and/or negligence *per se*, Defendant caused Plaintiff to suffer serious and permanent injuries.

8. Defendant John Doe's aforementioned conduct constitutes negligence and/or negligence *per se* for one or more of the following reasons:

a. Failed to control vehicle's speed;



EXHIBIT A

b. Failed to operate the vehicle safely;

c. Failed to keep a proper lookout;

d. Failed to timely apply brakes;

e. Failed to maintain a safe distance;

f. Violated applicable local, state, and federal laws and/or regulations, including but not limited to §§ 545.062, 545.351, 545.154, 544.007; of the TEX. TRANS. CODE; and/or

g. Other acts so deemed negligent.

9. At the time of the incident in question, Defendant John Doe was driving a company vehicle owned by Defendant Amazon. At all times material hereto, Defendant John Doe was operating the vehicle in the course and scope of his employment with Defendant Amazon. As such, Defendant Amazon is vicariously liable for Defendant John Doe's negligent acts and omissions under the doctrine of *respondeat superior*. Plaintiff further pleads that Defendant Amazon was negligent and/or negligent *per se* for one or more of the following reasons.

a. Negligently entrusted a motor vehicle to an incompetent driver;

b. Negligently hired and/or retained employees;

c. Negligently trained and/or supervised employees;

d. Failed to maintain the vehicle in a reasonably safe condition;

e. Violated applicable, local, state and federal laws and/or regulations;

f. Other acts so deemed negligent.

10. As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

**Damages**

11. By virtue of the actions and conduct of the Defendant set forth above, Plaintiff is seriously injured and are entitled to recover the following damages:

h. Past and future medical expenses;

i. Past and future pain, suffering and mental anguish;

j. Past and future physical impairment;

k. Past and future physical disfigurement;

l. Past lost wages and future loss of earning capacity; and

m. Loss of use of vehicle.

12. By reason of the above, Plaintiff is entitled to recover damages from the Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

**Duty to Disclose**

13. Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiffs the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

**Initial Disclosures**

14. Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

**Rule 193.7 Notice**

15. Plaintiffs hereby give actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

**Prayer**

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has a judgment against Defendants, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which they may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM, PLLC**

*/s/ Tyler N. Wilson*
**Tyler N. Wilson**
Texas State Bar No. 24089835
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 322-4878
Facsimile: (713) 587-9086
E-mail: e-service@daspitlaw.com
twilson@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**



EXHIBIT A

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Calavera on behalf of John Daspit
Bar No. 24048906
mcalavera@daspitlaw.com
Envelope ID: 83072360
Filing Code Description: Petition
Filing Description:
Status as of 1/4/2024 1:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime Holder | | jholder@proactivelegal.com | 1/4/2024 10:50:33 AM | SENT |
| April Patterson | | apatterson@proactivelegal.com | 1/4/2024 10:50:33 AM | SENT |
| John Daspit | | e-service@daspitlaw.com | 1/4/2024 10:50:33 AM | SENT |
| Tyler Wilson | | twilson@daspitlaw.com | 1/4/2024 10:50:33 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 1/4/2024 10:50:33 AM | SENT |

EXHIBIT A